## Lower Gwynedd Township and Board of Supervisors of Lower Gwynedd Township, Appellants v. Provincial Investment Company, Appellee; Lower Gwynedd Civic Association, Intervenor.

Argued September 26, 1978, before President Judge BOWMAN and Judges CRUMLISH, JR., WILKINSON, JR., ROGERS, BLATT, DiSALLE and MACPHAIL. Judges MENCER and CRAIG did not participate. Reargued April 3, 1979, before President Judge BOWMAN and Judges CRUMLISH, JR., WILKINSON, JR., MENCER, BLATT, DiSALLE and CRAIG. Judges ROGERS and MACPHAIL did not participate.

*Jeremiah J. Cardamone*, with him *Curtis Wright*, and *Timoney, Knox, Hasson & Weand*, for appellants.

*J. Peirce Anderson*, with him *Kane, Pugh, Anderson, Subers & McBrien*, for appellee.

*Stanford S. Hunn*, with him *Gregory S. Ghen*, for intervenors.

PER CURIAM OPINION, June 27, 1979:

After our decision in this case was handed down on January 5, 1979, the appellants filed a timely application for reargument. Reargument was granted, limited to the issue of the effect, if any, of the Act of Assembly No. 249, P.L. 1067, signed by the Governor on October 5, 1978, which was after the date of the original argument of this case on September 26, 1978.

For the reasons set forth in our opinion in *Meyers v. Board of Supervisors*, 43 Pa. Commonwealth Ct. 196, 402 A.2d 278 (1979), we find no occasion to modify our opinion or the order heretofore filed in this matter.

———

DISSENTING OPINION BY JUDGE DISALLE:

I respectfully dissent based on my dissenting opinion in *Meyers v. Board of Supervisors*, 43 Pa. Commonwealth Ct. 196, 402 A.2d 278 (1979).